Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JONATHAN WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:18-CV-00537 (SKO)<br><br>**MOTION AND ORDER FOR ONE-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF**<br><br>**(Doc. 15)** |

On January 29, 2019, Plaintiff filed a motion for an extension of time to file his Opening Brief (the "Motion") (Doc. 15), one day after his Opening Brief was to be served. (*See* Doc. 13.) The Motion requests an extension until January 29, 2019, to file his Opening Brief and represents that Defendant does not oppose the motion. (Doc. 15 at 1.) Plaintiff filed his Opening Brief on January 29, 2019. (Doc. 14.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, Plaintiff's counsel demonstrates good cause to support the request for an extension of time (*see* Fed. R. Civ. P. 16(b)(4)), and represents that the extension is requested after the deadline "due to unforeseen computer malfunction/technical difficulties." (Doc. 15 at 1.)

While the Court understands that computer difficulties may happen from time to time, PLAINTIFF'S COUNSEL IS ADMONISHED that the Court dedicates substantial resources to moving cases forward efficiently and expects the parties to do the same including not waiting until the eleventh hour to file critical documents. Despite Plaintiff's counsel's post hoc request, given the absence of bad faith or prejudice to Defendant (as evidenced by her lack of opposition to an extension of time after the deadline), as well as the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS Defendant's request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to his Opening Brief, is GRANTED nunc pro tunc to January 29, 2019, the date the Opening Brief was filed. (*See* Doc. 14.) All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **January 30, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE